# CORPORATE CREATIONS®
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

January 9, 2017

Kohl's Illinois, Inc.
Risk Department
Kohl's Corporation - Litigation Department
N56 W17000 Ridgewood Drive
MENOMONEE FALLS  WI  53051

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). **ALL information should be verified by you.**

Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.

**Item:** 2017-51

| # | Field | Value |
|---|---|---|
| 1. | **Client Entity:** | Kohl's Illinois, Inc. |
| 2. | **Title of Action:** | Patricia Spano and Anthony Spano vs. Kohl's Illinois, Inc., et al. |
| 3. | **Document(s) Served:** | Original Summons / Complaint at Law |
| 4. | **Court/Agency:** | Cook County Circuit Court |
| 5. | **State Served:** | Illinois |
| 6. | **Case Number:** | 2016L012333 |
| 7. | **Case Type:** | Premises Liability |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Wednesday 1/4/2017 |
| 10. | **Date to Client:** | Monday 1/09/2017 |
| 11. | **# Days When Answer Due:** 30 **Answer Due Date:** 2/3/2017 | **CAUTION:** Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received. |
| 12. | **SOP Sender:** (Name, Address and Phone Number) | Sam Cuba / Palos Heights, IL / (708) 671-9912 |
| 13. | **Shipped to Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | Not Applicable |
| 15. | **Handled By:** | 141 |
| 16. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410   Tel: (561) 694-8107   Fax: (561) 694-1639
www.CorporateCreations.com



**EXHIBIT A**

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | (12/31/15) CCG N001 |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PATRICIA SPANO and ANTHONY SPANO

(Name all parties)

v.

No. _____

KOHL'S ILLINOIS, INC., et al (SEE ATTACHED)

2016L012333
CALENDAR/ROOM 8
TIME 00:00
Premises Liability

*ORIGINAL*

☉ SUMMONS ○ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602
☐ District 2 - Skokie  ☐ District 3 - Rolling Meadows  ☐ District 4 - Maywood
  5600 Old Orchard Rd.   2121 Euclid 1500   Maybrook Ave.
  Skokie, IL 60077   Rolling Meadows, IL 60008   Maywood, IL 60153
☐ District 5 - Bridgeview  ☐ District 6 - Markham  ☐ Child Support: 50 W.
  10220 S. 76th Ave.   16501 S. Kedzie Pkwy.   Washington, LL-01,
  Bridgeview, IL 60455   Markham, IL 60428   Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 70945
Name: Sam Cuba/The Law Offices of Sam Cuba
Atty. for: Plaintiffs
Address: 7480 W. College Dr., Suite 101
City/State/Zip Code: Palos Heights, IL 60463
Telephone: (708) 671-9912
Primary Email Address: samcuba.law@gmail.com
Secondary Email Address(es): _____

Witness: DOROTHY BROWN DEC 19 2016

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

**DOC.TYPE:** LAW
**CASE NUMBER:** 16L012333
**DEFENDANT**
KOHLS ILLINOIS INC
350 S NORTHWEST HWY
PARK RIDGE, IL 60068
STE 300

**DIE DATE**
**01/12/2017**

**SERVICE INF**
RM 801 C/O
CREATION A

**ATTACHED**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PATRICIA SPANO and ANTHONY SPANO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| KOHL'S ILLINOIS, INC., a Nevada ) | |
| Corporation, KOHL'S DEPARTMENT ) | |
| STORES, INC., a Wisconsin Corporation, ) | |
| EUREST SERVICES, INC., a Delaware ) | |
| Corporation, KIMCO FACILITIES SERVICES ) | |
| CORPORATION, an Illinois Corporation, ) | |
| aka/dba KIMCO AQUISITIONS, LLC, aka/dba ) | |
| KIMCO HOLDINGS, LLC, aka/dba KIMCO ) | |
| FACILITIES SERVICES LLC, aka/dba ) | |
| PROFESSONAL SYSTEMS LLC, aka/dba ) | |
| PROFESSIONAL SYSTEMS OF NC LLC, ) | |
| ) | |
| Defendants. ) | |

**PLEASE SERVE:**

KOHL'S ILLINOIS, INC., aka/dba,
KOHL'S DEPARTMENT STORES, INC.
c/o Corporate Creations Network IN, Registered Agent
350 S. Northwest Highway, Suite 300
Park Ridge, IL 60068

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| Summons - Alias Summons | | (12/31/15) CCG N001 |

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PATRICIA SPANO and ANTHONY SPANO

(Name all parties)

v.

KOHL'S ILLINOIS, INC., et al (SEE ATTACHED)

No. _____

2016L012333
CALENDAR/ROOM S
TIME 00:00
Premises Liability

*ORIGINAL*

☉ SUMMONS ☐ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room **801**, Chicago, Illinois 60602
☐ District 2 - Skokie
  5600 Old Orchard Rd.
  Skokie, IL 60077
☐ District 3 - Rolling Meadows
  2121 Euclid 1500
  Rolling Meadows, IL 60008
☐ District 4 - Maywood
  Maybrook Ave.
  Maywood, IL 60153
☐ District 5 - Bridgeview
  10220 S. 76th Ave.
  Bridgeview, IL 60455
☐ District 6 - Markham
  16501 S. Kedzie Pkwy.
  Markham, IL 60428
☐ Child Support: 50 W.
  Washington, LL-01,
  Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: 70945
Name: Sam Cuba/The Law Offices of Sam Cuba
Atty. for: Plaintiffs
Address: 7480 W. College Dr., Suite 101
City/State/Zip Code: Palos Heights, IL 60463
Telephone: (708) 671-9912
Primary Email Address: samcuba.law@gmail.com
Secondary Email Address(es):

Witness: DOROTHY BROWN DEC 19 2016

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1

DOC.TYPE: LAW
CASE NUMBER: 16L012333
**DEFENDANT**
KOHLS ILLINOIS INC
350 S NORTHWEST HWY
PARK RIDGE, IL 60068
STE 300

DIE DATE
01/12/2017

SERVICE INF
RM 801 C/O
CREATION N

ATTACHED

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| PATRICIA SPANO and ANTHONY SPANO, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. |
| ) | |
| KOHL'S ILLINOIS, INC., a Nevada ) | |
| Corporation, KOHL'S DEPARTMENT ) | |
| STORES, INC., a Wisconsin Corporation, ) | |
| EUREST SERVICES, INC., a Delaware ) | |
| Corporation, KIMCO FACILITIES SERVICES ) | |
| CORPORATION, an Illinois Corporation, ) | |
| aka/dba KIMCO AQUISITIONS, LLC, aka/dba ) | |
| KIMCO HOLDINGS, LLC, aka/dba KIMCO ) | |
| FACILITIES SERVICES LLC, aka/dba ) | |
| PROFESSONAL SYSTEMS LLC, aka/dba ) | |
| PROFESSIONAL SYSTEMS OF NC LLC, ) | |
| ) | |
| Defendants. ) | |

**PLEASE SERVE:**

KOHL'S ILLINOIS, INC., aka/dba,
KOHL'S DEPARTMENT STORES, INC.
c/o Corporate Creations Network IN, Registered Agent
350 S. Northwest Highway, Suite 300
Park Ridge, IL 60068

STATE OF ILLINOIS )
                        ) SS                                                          Atty. No. 70945
COUNTY OF COOK )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

PATRICIA SPANO and ANTHONY SPANO, )
                                         Plaintiffs, )
                                                     )
vs.                                      )    Case No.

KOHL'S ILLINOIS, INC., a Nevada )
Corporation, KOHL'S DEPARTMENT )
STORES, INC., a Wisconsin Corporation, )
EUREST SERVICES, INC., a Delaware )
Corporation, KIMCO FACILITIES SERVICES )
CORPORATION, an Illinois Corporation, )
aka/dba KIMCO AQUISITIONS, LLC, aka/dba )
KIMCO HOLDINGS, LLC, aka/dba KIMCO )
FACILITIES SERVICES LLC, aka/dba )
PROFESSONAL SYSTEMS LLC, aka/dba )
PROFESSIONAL SYSTEMS OF NC LLC, )
                                        Defendants. )

FILED-2 2016 DEC 19 AM 11:20
DOROTHY BROWN
CIRCUIT COURT OF COOK COUNTY, ILLINOIS LAW DIVISION
CLERK

2016L012333
CALENDAR/ROOM B
TIME 00:00
Premises Liability

## COMPLAINT AT LAW

NOW COME the plaintiffs, **PATRICIA SPANO and ANTHONY SPANO**, by their attorney of record, **SAM CUBA**, and complaining of the defendants **KOHL'S ILLINOIS, INC.** and **KOHL'S DEPARTMENT STORES, INC.** (hereinafter collectively referred to as "Kohl's"), and defendants **EUREST SERVICES, INC., KIMCO FACILITIES SERVICES CORPORATION**, aka/dba **KIMCO AQUISITIONS LLC**, aka/dba **KIMCO HOLDINGS LLC**, aka/dba **KIMCO FACILITIES SERVICES LLC**, aka/dba **PROFESSIONAL SYSTEMS LLC**, aka/dba **PROFESSIONAL SYSTEMS OF NC LLC** (hereinafter collectively referred to as "Kimco"), state as follows:

### COUNT I

### BY PATRICIA SPANO AGAINST KOHL'S

1.     On January 7, 2015, Patricia Spano was a customer lawfully on the premises of Kohl's® located at 1001 75th Street in Woodridge, Illinois. She had recently had left knee

surgery, was still under doctor's care, going to physical therapy for her knee, and walking in a visibly affected fashion. She had a bag of goods in her hand.

2. On January 7, 2015, Kohl's Illinois, Inc. and/or Kohl's Department Stores, Inc. owned, operated, managed, controlled, and was otherwise in charge of the aforesaid premises.

3. On January 7, 2015, Kohl's did business at various locations in and throughout Illinois, invited and encouraged people such as Plaintiff Patricia Spano to shop at its stores, and advertised same. Further, they did business in Cook County stores and solicited Cook County customers to all of their stores including the one located at 1001 75th Street in Woodridge, Illinois.

4. On or before January 7, 2015, Kohl's had retained Defendant Eurest Services, Inc. and/or one or more of the other Kimco defendants to perform maintenance on said premises.

5. On January 7, 2015, a certain part of the tile floor in the aforesaid premises had been recently cleaned, waxed, and or polished. It had snowed on January 4, 2015 and January 6, 2015. The floor did not appear wet. It did appear clean. There were no warning signs about a wet floor or recent mopping, cleaning, waxing, or polishing placed anywhere that Plaintiff Patricia Spano could see. However, on information and belief, the floors were waxed to such an extent that they would resist ice, snow and water, and shine and appear clean for an extended time. This made the floors more slippery then they would be with no wax or less wax.

6. As Plaintiff Patricia Spano was walking by a store employee, she heard the employee say something which she thought pertained to her. She was near a display and walking around it.

7. Upon hearing the words of the employee, Plaintiff Patricia Spano looked at the employee and was starting to stop while walking around the display holding the bag of goods, and in performing these tasks, her feet slipped and she fell. Kohl's was aware, or should have been aware, that Plaintiff would act as stated.

8. On January 7, 2015, Kohl's owed a duty to exercise ordinary care to see that the property was reasonably safe for the use of those lawfully on the premises.

9. Plaintiff Patricia Spano's feet slipped again when she tried to get up and Plaintiff had to edge to a rug where her feet did not slip as she got up so she could in fact ultimately get up.

10. Kohl's breached its duty in one or more of the following ways:

   a. Through its agent/employee communicated with its customers in a way that a customer would respond by looking at the agent/employee while the customer was walking carrying store goods and trying to get around a display on a recently cleaned, polished, or waxed floor;

   b. Failed to warn customers, or caused customers to fail to be warned, that the area where Plaintiff Patricia Spano was injured was recently polished, waxed, or cleaned and more slippery than normal;

   c. Used, or caused to be used or overused, substances in such a way that increased the slippery nature of the recently cleaned floor;

   d. Placed displays in the middle of aisles where customers would have to deliberately walk around them while carrying store bought goods at times;

   e. Failed to train employees to not communicate with customers in a way that increased the risk of injury; and,

   f. Caused Plaintiff Patricia Spano to deliberately encounter the dangers stated above.

11. As a direct and proximate result of the aforesaid breaches of the aforesaid duties, Plaintiff Patricia Spano injured her right shoulder and re-injured her left knee, requiring doctor's visits, physical therapy, surgery to her right shoulder, medical bills, canceled trips, and loss of her normal enjoyment of life.

WHEREFORE, Plaintiff **PATRICIA SPANO** seeks judgment against defendants **KOHL'S ILLINOIS, INC.** and **KOHL'S DEPARTMENT STORES, INC.** in an amount in excess of one hundred thousand dollars ($100,000.00).

_____
SAM CUBA

## COUNT II
### BY PATRICIA SPANO AGAINST KIMCO

1-9. Plaintiff Patricia Spano repeats and realleges the allegations of paragraphs 1 through 9 of Count I as the allegations of paragraphs 1 through 9 of Count II as though fully set forth herein.

10. On and before January 7, 2015, Kimco owed a duty to Plaintiff Patricia Spano and others to exercise ordinary care in performing the maintenance and cleaning, polishing, mopping and waxing of floors in Kohl's.

11. On and before January 7, 2015, Kimco breached this duty in one or more of the following ways:

   a. Failed to place and leave signs up warning of the recent cleaning, mopping, polishing, and/or waxing of the floor in question; and,

   b. Used, or caused to be used or overused, substances in such a way that increased the slippery nature of the recently cleaned floor.

12. As a direct and proximate result of the aforesaid breaches of the aforesaid duties, Plaintiff Patricia Spano injured her right shoulder and re-injured her left knee, requiring doctor's visits, physical therapy, surgery to her right shoulder, medical bills, canceled trips, and loss of her normal enjoyment of life.

WHEREFORE, Plaintiff **PATRICIA SPANO** seeks judgment against defendants **EUREST SERVICES, INC., KIMCO FACILITIES SERVICES CORPORATION,** aka/dba **KIMCO**

AQUISITIONS LLC, aka/dba **KIMCO HOLDINGS LLC**, aka/dba **KIMCO FACILITIES SERVICES LLC**, aka/dba **PROFESSONAL SYSTEMS LLC**, aka/dba **PROFESSIONAL SYSTEMS OF NC LLC** in an amount in excess of one hundred thousand dollars ($100,000.00).

_____
SAM CUBA

## COUNT III
### BY ANTHONY SPANO AGAINST KOHL'S

1-11.  Plaintiff Anthony Spano repeats and realleges the allegations of paragraphs 1 through 11 of Count I as the allegations of paragraphs 1 through 11 of Count III as though fully set forth herein.

12.  Plaintiff Anthony Spano is now, and was at all relevant times, the lawful husband of Plaintiff Patricia Spano.

13.  As a direct and proximate result of the aforesaid breaches of the aforesaid duties, Plaintiff Anthony Spano lost love, society and companionship of his wife Plaintiff Patricia Spano.

WHEREFORE, Plaintiff **ANTHONY SPANO** seeks judgment against defendants **KOHL'S ILLINOIS, INC.** and **KOHL'S DEPARTMENT STORES, INC.** in an amount in excess of one hundred thousand dollars ($100,000.00).

_____
SAM CUBA

## COUNT IV
## BY ANTHONY SPANO AGAINST KIMCO

1-12. Plaintiff Anthony Spano repeats and realleges the allegations of paragraphs 1 through 12 of Count II as the allegations of paragraphs 1 through 12 of Count IV as though fully set forth herein.

13. Plaintiff Anthony Spano is now, and was at all relevant times, the lawful husband of Plaintiff Patricia Spano.

14. As a direct and proximate result of the aforesaid breaches of the aforesaid duties, Plaintiff Anthony Spano lost love, society and companionship of his wife Plaintiff Patricia Spano.

WHEREFORE, Plaintiff **ANTHONY SPANO** seeks judgment against defendants **EUREST SERVICES, INC., KIMCO FACILITIES SERVICES CORPORATION**, aka/dba **KIMCO AQUISITIONS LLC**, aka/dba **KIMCO HOLDINGS LLC**, aka/dba **KIMCO FACILITIES SERVICES LLC**, aka/dba **PROFESSONAL SYSTEMS LLC**, aka/dba **PROFESSIONAL SYSTEMS OF NC LLC** in an amount in excess of one hundred thousand dollars ($100,000.00).

_____
SAM CUBA

Law Offices of Sam Cuba
7480 West College Drive; Suite 101
Palos Heights, IL 60463
(708) 671-9912
Attorney #70945

- 6 -

JAN 0 4 2017